UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY J. CHANEY,             )<br>                                              )<br>            Plaintiff,             )<br>                                              )<br>   vs.                                     )<br>                                              )<br> CAROLYN W. COLVIN Acting  )<br> Commissioner of the Social Security  )<br> Administration,                     )<br>                                              )<br>            Defendant.             ) | No. 1:12-cv-01062-MJD-JMS |

**JUDGMENT**

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner, that Anthony J. Chaney was not entitled to Social Security Disability Insurance benefits and Social Security Supplemental Security Income Disability benefits based upon his applications filed on January 14, 2009, is **AFFIRMED**.

Date:   06/14/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Annette Lee Rutkowski
LAW OFFICES OF ANNETTE RUTKOWSKI
Anetrutkowski@gmail.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE

tom.kieper@usdoj.gov